■ In the Matter of ON THE BLOCK REST. & BAR, INC., Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Determination of State Liquor Authority annulled, in the exercise of discretion, without costs or disbursements, and cause remanded for reconsideration. The nub of the charges herein is that the petitioner corporation, in connection with its 1964–65 application for renewal of its license, concealed and suppressed information concerning a loan made to it by one Yglesias, and that the petitioner failed to keep and maintain on the licensed premises adequate and accurate books and records of the business. The record emphasizes Yglesias' participation in the business. The present principal divorced her husband in May of 1964. He arranged the loans from Yglesias and has not participated in the business since July of 1964. The said loans have been repaid and the record fails to show any violations since July, 1964. Since there were no violations prior to those here involved, it may well be that cancellation of the license was excessive punishment. Concur — Steuer, J. P., Capozzoli, Tilzer, McNally and Bastow, JJ.

■ In the Matter of EDWARD BEERMANN, Doing Business as DESPATCH MOVING & STORAGE COMPANY, Appellant, v. JOSEPH C. DI CARLO, as Commissioner of the Department of Licenses of the City of New York, Respondent.— Order entered June 25, 1965 denying petitioner's motion for judgment and judgment entered July 30, 1965 dismissing the petition in this article 78 proceeding unanimously affirmed, without costs or disbursements. We appreciate the candor of the Corporation Counsel in conceding the variance between Specification No. 1 and the proof. The hearing proceeded on the theory that petitioner overcharged in that his employees arrived later than the time from which the charges were computed and they unnecessarily delayed and prolonged the work. All parties understood the nature and extent of the charges and the petitioner makes no point of the variance. We do not find it necessary to resolve the statutory construction questions raised by the appellant, by reason of the fact that there was no departure from the effective tariff. Concur — Steuer, J. P., Capozzoli, Tilzer, McNally and Bastow, JJ.